PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-163 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING |
| v. | |
| GARY KLOPFENSTEIN, | |
| Defendant. | |

This matter currently is set for a status conference regarding sentencing on January 16, 2025. In light of Klopfenstein's cooperation in a related case, *United States v. Piercey*, 2:20-cr-211 TLN, and the March 2025 trial date in that case, the parties jointly stipulate and request that this Court enter an order continuing the status conference to May 15, 2025, at 9:30 a.m.

Supervising U.S. Probation Officer Lynda Moore does not object to the requested continuance.

IT IS SO STIPULATED.

1    Dated:  January 10, 2025                         PHILLIP A. TALBERT
                                             United States Attorney

2

3                                    /s/ MATTHEW THUESEN

4                                    MATTHEW THUESEN
                                   Assistant United States Attorney

5

6    Dated:  January 10, 2025                         /s/ DAVID W. DRATMAN

7                                    DAVID W. DRATMAN
                                   Counsel for Defendant

8                                    GARY KLOPFENSTEIN

9

10

11                                 **ORDER**

12

13       IT IS SO ORDERED this 10th day of January, 2025.

14

15

16

17                                 Troy L. Nunley

18                                   Chief United States District Judge

19

20

21

22

23

24

25

26

27

28