```
MICHELE BECKWITH
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>       v.<br><br>GARY KLOPFENSTEIN,<br><br>                  Defendant. | CASE NO. 2:24-cr-163 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING |

This matter currently is set for a status conference regarding sentencing on May 15, 2025. In light of Klopfenstein's cooperation in a related case, *United States v. Piercey*, 2:20-cr-211 TLN, and the May 19, 2025, trial date in that case, the parties jointly stipulate and request that this Court enter an order continuing the status conference to August 21, 2025.

Supervising U.S. Probation Officer Lynda Moore does not object to the requested continuance.

IT IS SO STIPULATED.

Dated: May 7, 2025

                                      MICHELE BECKWITH
                                      Acting United States Attorney

                                      /s/ MATTHEW THUESEN
                                      MATTHEW THUESEN
                                      Assistant United States Attorney

Dated: May 7, 2025
/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
GARY KLOPFENSTEIN

**ORDER**

IT IS SO ORDERED this 8th day of May, 2025.

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE REGARDING SENTENCING

2