```
ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GARY KLOPFENSTEIN,<br><br>　　　　　　　Defendant. | CASE NO. 2:24-cr-163 TLN<br><br>STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE<br><br>DATE: January 29, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

　　　　The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　This matter currently is set for a status conference regarding sentencing on August 21, 2025.

　　　　2.　　The parties jointly request that this Court vacate the status conference and enter an order setting the following schedule for sentencing and disclosure of the presentence report:

| | |
|---|---|
| Judgment and sentencing: | January 29, 2026, at 9:30 a.m |
| Reply or statement of non-opposition: | January 22, 2026 |
| Motion for correction: | January 15, 2026 |
| Presentence Report: | January 8, 2026 |
| Written objections: | December 18, 2025 |

Proposed Presentation Report:                                        December 4, 2025

    3.    Senior U.S. Probation Officer Julie Besabe does not object to the proposed schedule.

IT IS SO STIPULATED.

Dated: August 15, 2025
    ERIC GRANT
    United States Attorney

    /s/ MATTHEW THUESEN
    MATTHEW THUESEN
    Assistant United States Attorney

Dated: August 15, 2025
    /s/ DAVID DRATMAN
    DAVID DRATMAN
    Counsel for Defendant
    GARY KLOPFENSTEIN

## ORDER

Having considered the parties' stipulation, the Court adopts it as its order.

IT IS SO FOUND AND ORDERED this 15th day of August, 2025,

_____
Troy L. Nunley
Chief United States District Judge