ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-cr-163 TLN |
| Plaintiff, | STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE |
| v. | |
| GARY KLOPFENSTEIN, | |
| Defendant. | |

1.      On June 5, 2024, the United States filed an Information charging Klopfenstein with ten counts of wire fraud, in violation of 18 U.S.C. § 1343. ECF 1. On July 18, 2024, Klopfenstein pled guilty to one count of wire fraud. ECF 12.

2.      This matter currently is set for sentencing on April 30, 2026. ECF 23.

3.      Klopfenstein cooperated in a related case—*United States v. Piercey*, 2:20-cr-211 TLN. Piercey's sentencing is scheduled for May 21, 2026.

4.      By this stipulation, the parties request that Klopfenstein's sentencing be continued to a

5.      date after Piercey's sentencing and that the presentence report disclosure schedule be adjusted accordingly.

6.      Specifically, the parties jointly stipulate and request that this Court vacate the current sentencing date and enter an order setting the following schedule for sentencing and disclosure of the

STIPULATION AND ORDER REGARDING SENTENCING DATE

1

presence report:

|  |  |
|---|---|
| Judgment and sentencing: | August 27, 2026, at 9:30 a.m. |
| Reply or statement of non-opposition: | August 20, 2026 |
| Formal objections: | August 13, 2026 |
| Final presentence report: | August 6, 2026 |
| Informal written objections: | July 9, 2026 |

7.  Senior U.S. Probation Officer Julie Besabe does not object to the proposed schedule.

IT IS SO STIPULATED.

Dated:  April 1, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  April 1, 2026

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
GARY KLOPFENSTEIN

**ORDER**

IT IS SO ORDERED this 2nd day of April, 2026.

Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER REGARDING SENTENCING
DATE

2