DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GARY KLOPFENSTEIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GARY KLOPFENSTEIN,

Defendant.

CASE NO. 2:24-CR-00163 TLN

STIPULATION TO CONTINUE SENTENCING SCHEDULE AND SENTENCING DATE AND ORDER

**STIPULATION**

Because the sentencing date of Kenneth Winton, Case No. 2:20-CR-00216 TLN was continued to November 12, 2026 and because the sentencing of both Mr. Winton and Mr. Klopfenstein relates to their involvement with the case of *United States v. Matthew Piercey*, 2:20-CR-00211 TLN, it is stipulated that sentencing in the above captioned matter, currently scheduled for August 27, 2026 at 9:30 a.m. be continued to November 12, 2026 at 9:30 a.m. so that both of these defendants are before the Court at the same time.

The government does not object to the continuance.

The United States Probation office does not object to the continuance.

The parties jointly stipulate and request that this Court vacate the current sentencing date and enter an order setting the following schedule for sentencing, filing of sentencing memoranda and formal objections to the presentence report:

Judgment and Sentencing: November 12, 2026, at 9:30 a.m.

Sentencing Memoranda: November 5, 2026

Formal Objections to Presentence Report: October 29, 2026

IT IS SO STIPULATED.

Dated: August 18, 2026

ERIC GRANT
Acting United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: August 18, 2026

s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
GARY KLOPFENSTEIN

**ORDER**

Based upon the representations of counsel and for good cause shown, IT IS HEREBY ORDERED that sentencing currently set for August 27, 2026, at 9:30 a.m. shall be continued to November 12, 2026, at 9:30 a.m. with the following schedule:

Judgment and Sentencing: November 12, 2026, at 9:30 a.m.

Sentencing Memoranda: November 5, 2026

Formal Objections to Presentence Report: October 29, 2026

DATE: August 19, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE