DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GARY KLOPFENSTEIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GARY KLOPFENSTEIN,<br>Defendant. | CASE NO. 2:24-CR-00163 TLN<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER<br><br>DATE: January 14, 2027<br>TIME: 9:30 a.m.<br>COURT: Hon. Chief Judge Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Judgment and sentencing in this matter currently is set for November 12, 2026.
2. The parties jointly request that this Court continue judgment and sentencing to January 14, 2027, at 9:30 a.m.
3. The parties also request that this Court modify the remaining schedule as follows: Sentencing Memorandum due on January 7, 2027.
4. The requested continuance will provide the United States and the defendant with time needed to conduct additional investigation and review to provide this Court with their respective sentencing recommendations.
5. Senior United States Probation Officer Julie Besabe does not object to the parties' request.

**IT IS SO STIPULATED.**

Dated: November 6, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: November 6, 2026

s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
GARY KLOPFENSTEIN

**ORDER**

Having considered the parties' stipulation, the Court adopts it as its order. Consequently, judgment and sentencing is continued to January 14, 2027, at 9:30 a.m., and the parties' sentencing memorandum are due on January 7, 2027.

IT IS SO ORDERED this 9th day of November, 2026.

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE